# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. ROBERSON, #1008416, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-0963-P |
| | ) | |
| DOUGLAS DRETKE, Director, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Institutional Division, | ) | |
|     Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 28th day of June 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE